UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61253-AHS

DOUG LONGHINI,

              Plaintiff,

v.

PNS STORES, INC. d/b/a BIG LOTS,

              Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, PNS STORES, INC. d/b/a BIG LOTS, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Dated this 19th, day of August, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Laurie A. Thompson* |
| ANTHONY J. PEREZ | LAURIE A. THOMPSON |
| Florida Bar No.: 535451 | Florida Bar No.: 908339 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | FOWLER WHITE BURNETT, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 515 North Flagler Drive, Suite 2100 |
| Miami, FL 33155 | West Palm Beach, Florida 33401 |
| Telephone: (305) 553- 3464 | Telephone: (561) 802-9044 |
| Facsimile: (305)553-3031 | Facsimile: (561) 802-9976 |
| Primary Email: ajperez@lawgmp.com | Email: rllorens@shutts.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 19th, day of August 2020.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@gmplaw.com
        Secondary E-Mails: aquezada@lawgmp.com;
        crodriguez@lawgmp.com

        By:  */s/ Anthony J. Perez*
            ANTHONY J. PEREZ
            Florida Bar No.: 535451