**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:20-cv-61253-AHS

DOUG LONGHINI,

        Plaintiff,

  v.

PNS STORES, INC. d/b/a BIG LOTS,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendants, PNS STORES, INC. d/b/a BIG LOTS, having entered into a Confidential Settlement Agreement that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its respective fees and costs.

Respectfully submitted this 29th day of September 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Laurie A. Thompson* |
| ANTHONY J. PEREZ | LAURIE A. THOMPSON |
| Florida Bar No.: 535451 | Florida Bar No.: 908339 |
| GARCIA-MENOCAL & PEREZ, P.L. | |
| 4937 S.W. 74th Court, Unit #3 | FOWLER WHITE BURNETT, P.A. |
| Miami, FL 33155 | 515 North Flagler Drive, Suite 2100 |
| Telephone: (305) 553- 3464 | West Palm Beach, Florida 33401 |
| Facsímile: (305) 553-3031 | Telephone: (561) 802-9044 |
| Primary Email: ajperezlaw@gmail.com; | Facsimile: (561) 802-9976 |
| aquezada@lawgmp.com | Email: rllorens@shutts.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com
crodriguez@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ