UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-61253-CIV-SINGHAL

DOUG LONGHINI,

    Plaintiff,

v.

PNS STORES, INC. d/b/a BIG LOTS,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE [16]). The Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of September 2020.

                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF